UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEWAYNE ALLEN, | No. 2:17-cv-1943 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| ELHERS, | |
| Defendant. | |

By order filed September 22, 2017, plaintiff was directed to submit an application to proceed in forma pauperis or pay the filing fee. ECF No. 3. In response to that order, plaintiff requests that he be allowed to submit the application without a certified copy of his prison trust account statement. ECF No. 6

Inmates like plaintiff who are in the custody of the California Department of Corrections and Rehabilitation (CDCR) are no longer required to provide the court with a certified copy of their prison trust account statements. The application form used by this court includes an authorization that allows the court to obtain the certified statement directly from the CDCR. In other words, as long as plaintiff returns a signed application, the court will take care of getting a copy of plaintiff's trust account statement and he does not need to include one with the application.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to submit an in forma pauperis application without a copy of his trust account statement (ECF No. 6) is granted.

2. Plaintiff shall have thirty days from service of this order to submit a completed application to proceed in forma pauperis.

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: October 11, 2017

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE