UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEWAYNE ALLEN, | No. 2:17-cv-01943 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| C.O. ELHERS, | |
| Defendant. | |

Plaintiff is a former state prisoner proceeding pro se with a complaint challenging conditions of his prior confinement at California State Prison Sacramento (CSP-SAC), under the authority of the California Department of Corrections and Rehabilitation (CDCR). Shortly after filing his complaint and submitting a completed application to proceed in forma pauperis by a prisoner, plaintiff informed the court of his release from prison. See ECF No. 9. Review of the Inmate Locator website operated by CDCR confirms plaintiff's continued release.[1]

Because plaintiff is no longer in custody, he must complete and submit a non-prisoner application to proceed in forma pauperis on the form provided herewith. See e.g. Adler v. Gonzalez, 2015 WL 4041772, at *1, 2015 U.S. Dist. LEXIS 85909 (E.D. Cal. July 1, 2015),

---

[1] See http://inmatelocator.cdcr.ca.gov/search.aspx See also Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned).

1

report and recommendation adopted, 2015 WL 4668668, 2015 U.S. Dist. LEXIS 103386 (E.D. Cal. Aug. 6, 2015) (Case No. 1:11-CV-1915 LJO MJS), and cases cited therein.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days after the filing date of this order, plaintiff shall complete and file the attached application to proceed forma pauperis used by non-prisoners in this district;

2. Failure of plaintiff to timely submit the completed application will result in the dismissal of this action without prejudice; and

3. The Clerk of Court is directed to send plaintiff a blank application to proceed forma pauperis used by non-prisoners in this district.

DATED: April 30, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE