UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEWAYNE ALLEN,<br><br>Plaintiff,<br><br>v.<br><br>C.O. ELHERS,<br><br>Defendant. | No. 2:17-cv-01943 KJM AC P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a former state prisoner proceeding pro se with a complaint challenging conditions of his prior confinement at California State Prison Sacramento. By order filed May 1, 2018, the court directed plaintiff to submit a non-prisoner application to proceed in forma pauperis within thirty days.[1] See ECF No. 10. Plaintiff was informed that failure to timely comply with the court's order would result in a recommendation that this action be dismissed without prejudice. Id. at 2. The thirty-day period has expired, and plaintiff has not responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

////

---

[1] Plaintiff previously filed a prisoner application to proceed in forma pauperis, ECF No. 8, which is no longer applicable.

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen (14) days after service of these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 13, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE